IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JANELLE L. BARLASS,

        Plaintiff,                                  ORDER

   v.

                                                10-cv-454-slc

MRS. DENISE CARPENTER,
CITY OF JANESVILLE POLICE DEPARTMENT,
DEPUTY CHIEF KOPP, and
JANESVILL GAZETTE NEWSPAPER,

        Defendants.

---

       This court held a recorded telephonic status conference on May 3, 2011 to discuss plaintiff's letter claiming harassment (received on April 15, 2011, dkt. 28) and her May 2, 2011 motion to dismiss certain defendants (dkt. 29). Plaintiff Janelle L. Barlass is representing herself and appeared without an attorney. All defendants appeared by counsel.

       Ms. Barlass started by dropping a bombshell: she reported that she did not prepare, sign, or file the motion to dismiss. It's not her motion and she does not want to dismiss any of her claims at this time. I told Ms. Barlass that the court would send her a copy of the forged motion and that once she has seen it, she is to submit a sworn affidavit repeating her oral disavowals. Ms. Barlass provided some background information about what might have happened and why; in any event, plaintiff's motion to dismiss is withdrawn and no briefing is required.

       Next, Ms. Barlass explained to the court that she has resolved the concerns raised in her April 15, 2011 letter: upon further reflection and discussion with Mr. David Toles, Ms. Barlass has concluded that she is not being harassed by any defendant in this lawsuit. Therefore, no further court action is needed on this letter.

Finally, Ms. Barlass provided a new mailing address.

The defendants had no input other than a brief discussion about keeping discovery moving.

Entered this 3rd day of May, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge