IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANELLE L. BARLASS,

    Plaintiff,

v.

CITY OF JANESVILLE, STEVE KOPP,
DENISE CARPENTER,
JANESVILLE GAZETTE NEWSPAPER,
FARROKH SHAHLAPOUR,
AMIR SHARIFI and LAURA BAKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-454-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying leave to proceed and dismissing Laura Baker, Farrokh Shahlapour and Amir Sharifi; granting summary judgment in favor of Denise Carpenter, Janesville Gazette Newspaper, Steve Kopp and City of Janesville and dismissing this case.

_____    11/29/2011
Peter Oppeneer, Clerk of Court        Date